Civil action   CV-123036                    page 1

Response Amiron Development Corp et al  Vs Defendants as stated

To  Gallo & Associates pllc
445 Northern Blvd, suite 11
Great Neck, NY  11021

CC Douglas C Palmer
    Clerk of Court  Civil action CV-123036
    United States District Court
    Eastern District of NY
    Islip New York



JUL 1 8 2012

LONG ISLAND OFFICE

Response as required, Denial of fraudulent claim as presented
With statement of denial

Thomas  Megas
For defendants


Though named in the action I Thomas Megas have not been served. The corporate contracting party Gestion Intermediaries Services S.A. the principal to the contract with Katan has not been served. Cefeida S. A. as agent for the receipt of investment funds for Gestion Intermediaries Services S.A. received service.


First cause of action.  Denied

Second cause of action . Denied

Third cause of action . Denied

Fourth cause of action. Denied

Fifth cause of action . Denied


Be it known that the following individuals, Hilary Berlin Sytner, Stewart Sytner, David Wiseman, Scott Wagman and Thomas Megas assumed no personal or individual representation, obligation or responsibility, guarantee either in document, verbal or by signature. They were not empowered by the corporation to act individually, for themselves, by themselves for and on behalf of the corporations either collectively or individually. The entire agreement reflects the basis of the Katan investment with Gestiones Intermediaries Services S.A. with Cefeida as agent. (see contract)

RECEIVED

JUL 1 - 2012

EDNY PRO SE OFFICE

Civil action CV-123036     page 2

Any reference to Rico is denied as numerous attempts to issue forth stock of entitlement which represented the investment was unanswered (see attached email of the latest offer of entitlement) by the attorney for the corpoations.

Furthermore the investment remains active and viable with a forecast of a fair return on investment anticipated. All funds invested were carefully placed within the parameters of integrity, with intent of returning profit to investors. There is complete denial of any misappropiation of said investment or intent to deceive. The investment is acknowledged as being $1,250,000. We do not know from which country the funds originated from or who the sender was or why the funds were refused by the receiving bank La Caixa where Gestiones Intermediaries Services S.A. held its account in Spain, which resulted in Cefeida S.A. becoming agent . We have no knowledge as to the plaintiffs refusal to respond to the corporate attorneys request for stock issuance representing the investment.

The agreement was validated in Switzerland, the funds were sent to and received in Switzerland, the project is entirely domiciled in Bougainville Papua New Guinea and the contract and investment is governed by British Common Law of Queensland Australia. The provisions for arbitration contained in the contract have been ignored by Katan.

All unethical and deceitful behaviour is denied. On the contrary on at least four occasions Katan and his associates have engaged in attempts of theft of proprietary information, attempted corporate espionage theft and circumvention. It is clear that those who received some pecuniary advantage from this contract and who had engaged in this activity, namely Steven Mizrachi, Herzel Mieri, and David Mieri are not mentioned or served in this action.

The corporate parties to the agreement are now as they have been in the past prepared to settle the investment entitlements.

*T. Megas*
Thomas Megas

Cefeida S.A. *T. Megas director*

Gestiones intermediaries Services S.A. *T. Megas director*

16 July 2012

From: Diplomatzvi <diplomatzvi@aol.com>
Subject: **Fwd: behavior**
Date: 16 July 2012 04:09:56 CEST
To: emounalaw@aol.com, tpm8@harolds.ch
1 Attachment, 101 KB

Dear Matin, Please review as this is response from
Tom Megas
Thx    Stewart

-----Original Message-----
From: Thomas Megas <tpm8@harolds.ch>
To: Diplomatzvi <diplomatzvi@aol.com>
Sent: Sun, Jul 1, 2012 9:58 pm
Subject: Fwd: behavior


Begin forwarded message:

**From:** Thomas Megas <tpm14@hotmail.com>
**Date:** 8 July 2010 07:14:05 CEST
**To:** stewart sytner <diplomatzvi@aol.com>, thomas megas <tpm8@harolds.ch>
**Subject:** behavior


well written, they must take this matter to court, and an injunction is necessary.


To: Isaackatan@aol.com
Subject: behavior
Date: Wed, 7 Jul 2010 20:52:12 -0400
From: diplomatzvi@aol.com
CC: tpm14@hotmail.com

Isaac "Yizchak" Katan, Please be advised that my wife
is filing a police report & her attorney will be getting a court
order of protection against you & your 2 associates. You have
harassed & threatened my wife. Not only have you repeatedly lied & done
everything to sabotage the business you have invested in, but
your veiled attempt to commit corporate espionage by sending a
person "Steven Mizrachi" to try to form a relationship with the
landowners by ingratiating himself with lies and deceit have backfired
on everyone. If you think for even one second that threatening & harassing
her will go unchecked, you are mistaken. We will make sure that if you
or your associates come near her home or office, you will be arrested.
If you want to take the investment to court, please I urge you to proceed
but threats & harassment, will be dealt with in accordance with U.S law.
What you did with Steve Mizrachi & the damage you caused is irreversible.


Get a new e-mail account with Hotmail - Free. Sign-up now.


Civil action ...ocx (101 KB)

From: "fortuny advocats" <fortunyadvocats@telefonica.net>
Subject: **Fw: ISAAC KATAN - CEFEIDA, S.A.**
Date: 21 June 2011 14:55:58 CEST
To: "Tom Megas" <tpm8@harolds.ch>, "Thomas Megas" <tpm14@hotmail.com>
Cc: <chaserands@gmail.com>

Dear all,

See what I have received, now.

best
aurelia


----- Original Message -----
**From:** Darius Chafizadeh
**To:** isaackatan@aol.com ; fortuny advocats
**Sent:** Tuesday, June 21, 2011 2:32 PM
**Subject:** RE: ISAAC KATAN - CEFEIDA, S.A.

Sir/Madam:

Please forward your information -- name, address, email, contact information, company/law firm etc.

## Darius Chafizadeh
**Partner**

## HARRIS BEACH PLLC

ATTORNEYS AT LAW
445 Hamilton Avenue
Suite 1206
White Plains, NY 10601
914.683.1212  Direct
914.683.1210  Fax
914.683.1200  Main
**Website | Bio | vCard**

**p r a c t i c e G R E E N**
Save a tree. Read, don't print, emails.


**From:** isaackatan@aol.com [mailto:isaackatan@aol.com]
**Sent:** Sunday, June 19, 2011 2:48 AM
**To:** fortuny advocats
**Cc:** Darius Chafizadeh
**Subject:** Re: ISAAC KATAN - CEFEIDA, S.A.

Mr advocate,
Can you send us your contact information? ( Name, address, and telephone number).
Mr. Katan

Sent via BlackBerry by AT&T

**From:** "fortuny advocats" <fortunyadvocats@telefonica.net>
**Date:** Fri, 10 Jun 2011 16:15:50 +0200
**To:** <dchafizadeh@harrisbeach.com>; <isaackatan@aol.com>
**Subject:** ISAAC KATAN - CEFEIDA, S.A.

ADJOIN WITH REFERENCE ISAAC KATAN

AURELIA FORTUNY - LAWYER
CEFEIDA, SA.


----- Original Message -----
**From:** fortuny advocats

**To:** dchafizadeh@harrisbeach.com ; isaackatan@aol.com
**Sent:** Friday, June 10, 2011 10:28 AM
**Subject:** Bougainville- CEFEIDA, S.A.

Dear Sir,

Please, be advised that the shares wicho represent your clients investment of $1.25 Million USD in Bougainville gold & minerals are ready to be issued.

Please furnish us the name as it will appear on the certificate.

The current private issue, has the company valued at approx. $60 Million USD with the shares offered at $1.00. There are are currently 2 options being explored.

1. Private or public takeover
2. Initial Public Offering at $ 3-5 USD

Please, e-mail me the requested information so I can issue the shares 2.5 Million to your client.

Please, enclose an address for hard copy delivery.

Aurelia Fortuny, Lawyer
CEFEIDA, S.A.

**STATEMENT OF CONFIDENTIALITY**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

From: Diplomatzvi <diplomatzvi@aol.com>
Subject: Fwd: La Caix documenteed return of money-036 INTERMEDIARES
Date: 16 July 2012 03:56:43 CEST
To: tpm8@harolds.ch, tpm14@hotmail.com

-----Original Message-----
From: Thomas Megas <tpm8@harolds.ch>
To: Diplomatzvi <diplomatzvi@aol.com>
Sent: Sun, Jul 1, 2012 10:18 pm
Subject: La Caix documenteed return of money-036 INTERMEDIARES

Begin forwarded message:

**From:** Thomas Megas <tpm14@hotmail.com>
**Date:** 3 October 2009 17:14:40 CEST
**To:** thomas megas <tpm8@harolds.ch>
**Subject: La Caix documenteed return of money-036 INTERMEDIARES**

From: fortunyadvocats@telefonica.net
To: tpm8@harolds.ch; tpm14@hotmail.com
Subject: Fw: 036 INTERMEDIARES
Date: Fri, 24 Jul 2009 09:46:41 +0200

Dear Tom,

Herewith I sent you the e-mail with the document of return of the money sent by Jose from "la Caixa" yesterday as you will see at 19:27.

best aurelia
----- Original Message -----
From: JOSEP MANEL CASTELLA PORTA
To: 'fortuny advocats'
Sent: Thursday, July 23, 2009 7:27 PM
Subject: RE: 036 INTERMEDIARES

Adjunto copia de lo que jo tinc com a devolució i el dia que es va fer.
Sobre els dos Kilos, tinc dubtes raonables que es pugui fer, com no sigui a una societat espanyola, em varen deixar ben clar que aquesta operativa La Caixa no la vol. I que no obris cap mes compte a Societats Instrumentals.
O sigui que ves pensant una alternativa de Banc o de beneficiari

Josep

CEPB "la Caixa"      TRANSFERENCIAS EN DIVISAS         TDIH300
W1183051             B.3 DATOS GENERALES TRANSFERENCIA    23-07-09 - 19:21

Transferencia: 32780 09    Fecha   : 15 07 2009   Urgente : N
Importe    :    650000,00 Divisa   : 103 46 DOL.USA. Gastos : SHA
Fecha valor : 15 07 2009      Situacion : 940 RESUELTA->DEVOLUCION
Referencia  : 196429797

------ DATOS DEL ORDENANTE --------|-------- DATOS DEL BENEFICIARIO ------
Nom NEIL H KUPFERMAN           |Nom INTERMEDIARES GESTION SERVICES, S.
Dir 459 6TH AVE                |Dir EDF PADILLA Y ASOCIADOS CALLE 32
Pob BROOKLYN NY 11215-4019     |Pob CIUDAD DE PANAMA   PANAMA
------------------------ DATOS DE LA RESOLUCION ------------------------
Ent.Traspaso : MRMDUS33XXX -210011833907000009356   Ref.: 0566TI755739203
**Fecha de resolución : 22 07 2009**   Cambio   :
Divisa de resolución: 103 46 DOL.USA.  Imp. devuelto:    649942,20
Fecha valor aplicada:         Com. deducida:    57,80

De: fortuny advocats [mailto:fortunyadvocats@telefonica.net]

**Hotmail**

New | Reply Reply all Forward | Delete Junk Sweep ▼ Mark as ▼ Move to ▼ Categories ▼ |

**Inbox (1644)**

### Fwd: La Caix documenteed return of money-036 INTERMEDIARES

Back to messages |

**Folders**
Junk (98)
Drafts (23)
Sent
Deleted
airline tickets current
anna von mirbach
maurice smulders stock s:
NEW
pdvsa
pericles uni landlord
Thomas megas cv
New folder

**Quick views**
Documents (140)
Flagged
Photos (65)
New category

**Messenger**
23 invitations
Sign in to Messenger

Home
Contacts
Calendar

stewart sytner    01:56
To tpm8@harolds.ch, tpm14@hotmail.com    Reply ▼

☑ Free Sky+ box
☑ Sky TV with Sky Go
☑ Broadband and calls*

-----Original Message-----
From: Thomas Megas <tpm8@harolds.ch>
To: Diplomatzvi <diplomatzvi@aol.com>
Sent: Sun, Jul 1, 2012 10:18 pm
Subject: La Caix documenteed return of money-036 INTERMEDIARES

Begin forwarded message:

**From:** Thomas Megas <tpm14@hotmail.com>
**Date:** 3 October 2009 17:14:40 CEST
**To:** thomas megas <tpm8@harolds.ch>
**Subject: La Caix documenteed return of money-036 INTERMEDIARES**

From: fortunyadvocats@telefonica.net
To: tpm8@harolds.ch; tpm14@hotmail.com
Subject: Fw: 036 INTERMEDIARES
Date: Fri, 24 Jul 2009 09:46:41 +0200

Dear Tom,

Herewith I sent you the e-mail with the document of return of the money sent by Jose from "la Caixa" yesterday as you will see at 19:27.

best aurelia
----- Original Message -----
From: JOSEP MANEL CASTELLA PORTA
To: 'fortuny advocats'
Sent: Thursday, July 23, 2009 7:27 PM
Subject: RE: 036 INTERMEDIARES

Adjunto copia de lo que jo tinc com a devolució i el dia que es va fer.
Sobre els dos Kilos, tinc dubtes raonables que es pugui fer, com no sigui a una societat espanyola, em varen deixar ben clar que aquesta operativa La Caixa no la vol. I que no obris cap mes compte a Societats Instrumentals.
O sigui que ves pensant una alternativa de Banc o de beneficiari

Josep

CEPB "la Caixa"        TRANSFERENCIAS EN
DIVISAS         TDIH300
W118305I        B.3 DATOS GENERALES
TRANSFERENCIA    23-07-09 - 19:21

Transferencia: 32780 09     Fecha    : 15 07 2009
Urgente : N
Importe   :     650000,00 Divisa  : 103 46 DOL.USA.
Gastos : SHA
Fecha valor : 15 07 2009     Situacion : 940 RESUELTA-
>DEVOLUCION
Referencia : 196429797

--------- DATOS DEL ORDENANTE ----------|-------- DATOS
DEL BENEFICIARIO ------
Nom NEIL H KUPFERMAN        |Nom
INTERMEDIARES GESTION SERVICES, S.
Dir 459 6TH AVE        |Dir EDF PADILLA Y
ASOCIADOS CALLE 32
Pob BROOKLYN NY 11215-4019      |Pob CIUDAD DE
PANAMA   PANAMA
--------------------------- DATOS DE LA RESOLUCION ------------

Ent.Traspaso : MRMDUS33XXX -210011833907000009356
Ref.: 0566TI755739203
**Fecha de resolución : 22 07 2009**    Cambio
:
Divisa de resolución: 103 46 DOL.USA.  Imp. devuelto:
649942,20
Fecha valor aplicada:        Com. deducida:
57,80


**De:** fortuny advocats
[mailto:fortunyadvocats@telefonica.net]
**Enviado el:** jueves, 23 de julio de 2009 17:29
**Para:** JOSEP MANEL CASTELLA PORTA
**Asunto:** Re: 036 INTERMEDIARES

T´envio el 036 en colors  perque el tiguis present.
Encara que no tenim el 2 kilos ens queda humor.

fins demà

Aurelia

> ----- Original Message -----
> **From:** JOSEP MANEL CASTELLA PORTA
> **To:** 'fortuny advocats'
> **Sent:** Thursday, July 23, 2009 2:46 PM
> **Subject:** RE: 036 INTERMEDIARES
>
> De moment espera avants d'enviar-ne mes,
> vull tenir la resposat avants
> Suposo que el Popular tampoc ho vol
> Josep

**De:** fortuny advocats
[mailto:fortunyadvocats@telefonica.net]
**Enviado el:** jueves, 23 de julio de 2009 13:48
**Para:** JOSEP MANEL CASTELLA PORTA
**Asunto:** 036 INTERMEDIARES

Benvolgut Josep,

T'he passat per fax el 036.

Futures remeses de diners són esperades he complert els requisits legals. Espero un futur sense entrebancs.

NECESSITO UN FUTUR SENSE ENTREBANCS.

Cordialment
Aurelia

¿Necesita imprimir este mensaje?
Protejamos el medio ambiente.
Li cal imprimir aquest missatge?
Protegim el medi ambient.
¿Precisa imprimir esta mensaxe?
Protexamos o ambiente.
Beharrezkoa da mezu hau inprimatzea?
Babestu dezagun ingurumena.
Do you need to print this message? Let's protect the environment.

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.560 / Virus Database: 270.12.26/2116 - Release Date: 15/05/2009 6:16

Terms  F                                                        Centre  Feedback  English

Internal Virus Database is out-of-date.
Checked by AVG.
Version: 7.5.560 / Virus Database: 270.12.26/2116 - Release Date: 15/05/2009 6:16

View your other email accounts from your Hotmail inbox. Add them now.

New | Reply  Reply all  Forward | Delete  Junk  Sweep ▼  Mark as ▼
Move to ▼  Categories ▼  |

**FROM:**
N.A.
THOMAS MEGAS
CEFEIDA SA
522 LE BEAUVOIR

1920 MARTIGNY

DHL Account: 155437607

PHONE : +41 790 290 9499
FAX :
VAT# :

**TO:**
CLERK OF COURT CV-123036
DOUGLAS C. PALMER
US DISTRICT COURT EAST DIST NY
LONG ISLAND 100 FEDERAL PLAZA

**11722 CENTRAL ISLIP
UNITED STATES OF AMERICA**

PHONE : 11 631 712 6000
FAX :
VAT# :

Incoterm 2010: DAP        SHIPDATE: 16/07/12

DESCR. :

HS Code :           EXPORT: PERMANENT
INSUR. : NO         VOLWT: 0.5 KG
VALUE : -           WEIGHT: -

PRODUCT:   DOX

DESTINATION:

**FRG**   

AWB:              2241625606





1 Pieces
ORIGIN: GVA

**Express Worldwide (DOX)**